IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | No. C 08-5181 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTING PLAINTIFFS TO FILE MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| SPEC DRILLING & SHORING, et al., | |
| Defendants. | |

The Clerk of the Court having entered on December 12, 2008 the default of each of the defendants to the above-titled action, the Case Management Conference currently scheduled for February 20, 2009 is hereby CONTINUED to May 29, 2009. A Case Management Statement shall be filed no later than May 22, 2009.

Additionally, as to each such defendant, plaintiffs shall file, no later than March 20, 2009, a motion for default judgment.

**IT IS SO ORDERED.**

Dated: February 18, 2009

MAXINE M. CHESNEY
United States District Judge