EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)*: | FOR COURT USE ONLY |
|---|---|
| Michele R. Stafford (SBN: 172509)<br>Saltzman & Johnson Law Corporation<br>44 Montgomery Street, Suite 2110<br>San Francisco, California 94104<br>TELEPHONE NO.: (415) 882-7900    FAX NO. *(Optional)*: (415) 882-9287<br>E-MAIL ADDRESS *(Optional)*: mstafford@sjlawcorp.com<br>ATTORNEY FOR *(Name)*: Operating Engineers Health & Welfare Trust Fund, etal<br>[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

**United States District Court**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94102
BRANCH NAME: Northern District of California

PLAINTIFF: Operating Engineers Health & Welfare Trust Fund, et al.

DEFENDANT: SPEC Drilling & Shoring, et al.

| WRIT OF | [✓] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF   [ ] Personal Property<br>                                [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C08-5181 MMC |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** United States District Court, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* Operating Engineers Health & Welfare Trust Fund, et al.
   is the [✓] judgment creditor   [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address)*:

   ┌─────────────────────────────────────────┐
   SPEC Drilling & Shoring, dba SPEC
   Drilling & Shoring, Inc.
   862 48th Avenue
   San Francisco, California 94121

   Douglas Charles Speck
   862 48th Avenue
   San Francisco, California 94121
   └─────────────────────────────────────────┘

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on *(date)*:
   March 5, 2009
6. [ ] **Judgment renewed** on *(dates)*:

7. **Notice of sale** under this writ
   a. [✓] has not been requested.
   b. [ ] has been requested *(see next page)*.
8. [ ] Joint debtor information on next page.

   [SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................. $ 35,603.32
12. Costs after judgment (per filed order or memo CCP 685.090) ............. $ 1871.00
13. Subtotal *(add 11 and 12)* ......... $ 37,474.32
14. Credits .......................... $ 7,569.13
15. Subtotal *(subtract 14 from 13)* ... $ 29,905.19
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $ 377.89
17. Fee for issuance of writ ........... $
18. **Total** *(add 15, 16, and 17)* ......... $ 30,283.08
19. Levying officer:
    (a) Add daily interest from date of writ ...... $ 9.25 from 6/11/09
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) ............... $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date)*: 6/10/09    Clerk, by    RICHARD W. WIEKING / ALFRED AMISTOSO, Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, Government Code, § 6103.5
American LegalNet, Inc.
www.USCourtForms.com
www.courtinfo.ca.gov